UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**JAMES CARL HIGGS**                                                                      **PETITIONER**

v.                                                             **CIVIL ACTION NO. 3:12CV-P571-H**

**GREG HOWARD, WARDEN**                                          **RESPONDENT**

### MEMORANDUM AND ORDER

Petitioner James Carl Higgs filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum and Order entered October 22, 2012, the Court construed the action as being brought pursuant to 28 U.S.C. § 2254 (DN 8). Petitioner now objects to the Court's treatment of the § 2241 petition as a § 2254 petition (DN 12).

In his objections, Petitioner states that on July 24, 2012, he was granted parole but under the stipulation that he complete the Substance Abuse Program. He further states, however, that a Kentucky Parole Board member stated that he is not to be released from the supervision of the Kentucky Department of Corrections. At this time, Petitioner is still incarcerated in the Luther Luckett Correctional Complex.

As the Court advised in its prior Memorandum and Order, § 2254 provides that "a district court shall entertain an application for a writ of habeas corpus in behalf of *a person in custody pursuant to the judgment of a State court* only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a) (emphasis added). Petitioner clearly advises that he is still in custody of the Kentucky Department of Corrections, and his petition indicates that he was placed there pursuant to Jefferson Circuit Court convictions. For these reasons, the Court again concludes that § 2254 is the proper statute under which this action should be brought.

**IT IS THEREFORE ORDERED** that Petitioner's objections (DN 12) are

**OVERRULED**.

Date:

cc: Petitioner, *pro se*
4412.005